FILE COPY

# BILL OF COSTS

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

No. 02-14-00310-CV

**In the Interest of G.H. and G.H., children**

(No. 323-97764J-1H IN 323RD DISTRICT COURT OF TARRANT COUNTY)

| Fee date | Type of Fee | Charges | Paid | By |
|---|---|---|---|---|
| 11/12/2014 | Supplemental clerk's record | $0.00 | INDIGENT | NO PAY |
| 10/16/2014 | Reporter's record | $1,152.00 | INDIGENT | Tarrant County |
| 10/06/2014 | Filing | $195.00 | INDIGENT | ☐ |
| 10/06/2014 | Clerk's record | $214.00 | INDIGENT | NO PAY - TERMINATION |
| 09/29/2014 | Filing | $195.00 | INDIGENT | ☐ |

*Balance of costs owing to the Court of Appeals, Second District of Texas, Fort Worth:* **0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA SPISAK, CLERK** OF THE SECOND COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SECOND DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Second District of Texas, this June 1, 2015.

DEBRA SPISAK, CLERK

*Debra Spisak*